GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendant Wachovia Dealer Services, Inc.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANEE N. POLLITT, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>DRS TOWING, LLC, d/b/a ADVANCED FINANCIAL SERVICES, WACHOVIA DEALER SERVICES, INC. d/b/a WDS, INC., WFS FINANCIAL, WFS FINANCIAL, INC., and JOHN DOES 1 to 10,<br><br>                Defendants. | CIVIL ACTION NO.<br><br>*Electronically Filed*<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Defendant Wachovia Dealer Services, Inc., formerly known as WFS Financial, Inc. ("WDS"),[1] is ultimately wholly-owned by Wells Fargo & Company, a publicly-held corporation whose shares are traded on the New York Stock Exchange.

                      **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                      Attorneys for Defendant
                      Wachovia Dealer Services, Inc., F/K/A WFS Financial, Inc.

                      By:_____
                              John D. North

Dated: March 10, 2010

---

[1] WFS Financial, Inc. is now known as Wachovia Dealer Services Inc. There is no entity named WFS Financial, Inc.