John D. North, Esq.
GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
jnorth@greenbaumlaw.com
Attorneys for Defendant Wells Fargo Dealer Services, Inc.

RECEIVED

APR 22 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANEE N. POLLITT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRS TOWING, LLC, d/b/a ADVANCED FINANCIAL SERVICES, WACHOVIA DEALER SERVICES, INC. d/b/a WDS, INC., WFS FINANCIAL, WFS FINANCIAL, INC., and JOHN DOES 1 to 10,<br><br>Defendants. | HON. ANNE E. THOMPSON, U.S.D.J.<br>HON. DOUGLAS A. ARPERT, U.S.M.J.<br><br>Civil Action No. 3:10-cv-01285 AET-DEA<br><br>*Document Electronically Filed*<br><br>**ORDER EXTENDING TIME PURSUANT TO FED. R. CIV. P. 6(b)(1) FOR DEFENDANT WELLS FARGO DEALER SERVICES, INC. TO ANSWER OR OTHERWISE RESPOND TO CROSSCLAIMS** |

This matter having been opened to the Court by application of Greenbaum, Rowe, Smith & Davis LLP, on behalf of defendant Wells Fargo Dealer Services, Inc. ("WDS"), with the consent of counsel Dickie, McCamey & Chilcote, P.C., on behalf of defendant DRS Towing, LLC d/b/a Advanced Financial Services ("DRS"), for an Order pursuant to Federal Rule of Civil Procedure 6(b)(1) granting WDS an enlargement of time to answer or otherwise respond to the Crossclaims of DRS. The Court having considered WDS's request for an extension of time to answer or otherwise respond, and for good cause shown:

IT IS on this 22nd day of April 2010

**ORDERED** that:

1. WDS's application for an enlargement of time within which to file an answer or otherwise respond to the Crossclaims of DRS is hereby granted; and

2. WDS shall have up to and including May 26, 2010, to answer or otherwise respond to the Crossclaims of DRS.

_____
Honorable Douglas E. Arpert
United States Magistrate Judge