**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendant Wells Fargo Dealer Services, Inc.



### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANEE N. POLLITT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRS TOWING, LLC, d/b/a ADVANCED FINANCIAL SERVICES, WACHOVIA DEALER SERVICES, INC. d/b/a WDS, INC., WFS FINANCIAL, WFS FINANCIAL, INC., and JOHN DOES 1 to 10,<br><br>Defendants. | CIVIL ACTION NO. 3:10-cv-01285<br><br>*Document Electronically Filed*<br><br>**ORDER GRANTING PRO HAC VICE ADMISSION TO JAMES R. MCGUIRE, ESQ.** |

This matter having been brought before the Court by Greenbaum, Rowe, Smith & Davis LLP, attorneys for defendant, Wells Fargo Dealer Services, Inc. ("WDS") on application to the Court for an Order allowing attorney James R. McGuire, Esq. to appear and participate *pro hac vice* in this action, pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey, who has represented himself to be a member in good standing of the Bars of California, the United States Court of Appeals for the Ninth Circuit, and the following United States District Courts of California: Northern District, Eastern District, Central District and Southern District, and a member of the law firm Morrison & Foerster, LLP, for the purpose of representing WDS in this action in association with New Jersey counsel, Greenbaum, Rowe, Smith & Davis LLP, and good cause having been shown;

IT IS on this 5th day of May 2010;

ORDERED as follows:

1. That James R. McGuire, Esq., a member of the Bar of the State of California shall be and is hereby admitted before this Court *pro hac vice* for the purpose of representing WDS in this action in association with their respective New Jersey counsel;

2. All pleadings, brief and other papers filed with this Court in this action on behalf of WDS shall be signed by the law firm of Greenbaum, Rowe, Smith & Davis, LLP, which shall be held responsible for him and for the conduct of this action and who shall be present before the Court during all steps of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the admitted attorneys on behalf of WDS;

3. James R. McGuire, Esq. shall notify the Court immediately of any matter affecting his standing with the bar of any other court;

4. James R. McGuire, Esq. shall make the required payment of $150.00, payable to the Clerk, United States District Court within 10 days of this Order;

5. James R. McGuire, Esq. shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2;

6. James R. McGuire, Esq. shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Rule 104.1, Discipline of Attorneys and shall be within the disciplinary jurisdiction of this Court;

7. James R. McGuire, Esq. shall be, and hereby is, deemed to have agreed not to take any fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, New Jersey Court Rule 1:27-7, as amended; and

8. That a true copy of this Order shall be served upon all counsel of record within 5 days of the date of its receipt by counsel for the moving party, and a copy of this Order shall be forwarded by the Clerk to the Treasurer of the New Jersey Lawyers' Fund for Client Protection.

_____
Hon. Douglas E. Arpert, U.S.M.J.