UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SHANEE N. POLLITT, | : | Civil Action No.  10-1285 (AET) |
| Plaintiff, | : | |
| v. | : | INITIAL SCHEDULING ORDER |
| DRS TOWING, L.L.C., et al., | : | |
| Defendants. | : | |

This matter having come before the Court during an initial scheduling conference on May 10, 2010, pursuant to FED. R. CIV. P. 16, and the Court having conferred with counsel; and good cause appearing for the entry of the within Order;

IT IS on this 11th day of May 2010,

ORDERED THAT:

1.  Counsel have advised the Court that the Parties have served initial disclosures in accordance with FED. R. CIV. P. 26(a)(1).

2.  Defendants shall produce copies of the agreements identified in their Rule 26 disclosures by May 24, 2010.

3.  No later than May 28, 2010, Defendants shall each designate a representative knowledgeable about its electronic information systems.

4.  The Parties will exchange discovery related to class size by July 15, 2010

5.  Counsel will confer in a good faith to resolve any discovery or case management disputes before making such dispute the subject of a motion.  No discovery motion will be entertained absent counsel's full compliance with L. CIV. R. 37.1 (a)(1).  Any discovery or case management disputes will be brought to the Magistrate Judge's attention immediately by conference call with local counsel, with letter preceding the conference call.

6.  A status conference call will be conducted by the undersigned on July 19, 2010 at 10:00 A.M.  Plaintiff's counsel will initiate the call.  Any application to amend the pleadings or join new parties will be addressed during this conference.

7.  The Court may, from time to time, schedule additional conferences as may be required, either on its own motion or at the request of counsel.  Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

**8.** Since all dates set forth herein are established with the assistance and knowledge of counsel, there will  no extensions except for good cause shown and by leave of the Court, even with consent of all counsel.

**9.**  Any proposed confidentiality order agreed to by the parties must be accompanied by a separate statement showing specific good cause for the entry of the order. See *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994); *Glenmede Trust Company v. Thompson*, 56 F.2d 476 (1995); FED. R. CIV. P. 26(c).

**10.** Counsel are advised that the Court has various audio/visual and evidence presentation equipment available for use at trial at no cost to the Parties.  This equipment includes an evidence presentation system, which consists of a document camera, digital projector,  and screen.  The projector may be used to display images which originate from a variety of sources, including television, VCR, and personal computer.  The document camera may be used to display documents, photographs, charts, transparencies and small objects.  For further information, please contact the Courtroom Deputy Clerk, Charmaine Ellington at 609-989-2144.

**11.** Counsel are invited to use the *George H. Barlow*, Attorney Conference Room located on the third floor of the Courthouse Annex.  The room is equipped with telephones, laptop access/printer, copies, and *fax*.

       *s/ Douglas E. Arpert*
       **DOUGLAS E. ARPERT**

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**