Galex Wolf, LLC
1520 U.S. Highway 130 - Suite 101
North Brunswick, NJ 08902
(732) 257-0550 - tel
(732) 257-5654 - fax

The Law Office of Christopher J. McGinn
P.O. Box 365
79 Paterson St.
New Brunswick, NJ 08901
(732) 937-9400 - tel
(800) 931-2408 - fax

Attorneys for Shanee N. Pollitt and those similarly situated



RECEIVED
OCT -8 2010
AT 8:30
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY – TRENTON VICINAGE

| | |
|---|---|
| Shanee N. Pollitt, on behalf of herself and those similarly situated, | ELECTRONICALLY FILED |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: 3:10-cv-01285-AET-DEA |
| DRS Towing, LLC, d/b/a Advanced Financial Services; Wachovia Dealer Services, Inc. d/b/a WDS, Inc., WFS Financial, and WFS Financial Inc.; and John Does 1 to 10, | **CONSENT ORDER ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT** |
| Defendants. | |

**THIS MATTER**, having been presented to this court, by Christopher J. McGinn, Esq., of the Law Office of Christopher J. McGinn, appearing on behalf of the Plaintiff Shanee N. Pollitt, with the consent of Michael K. Willison, Esq., of Dickie, McCamey & Chilcote, P.C., appearing on behalf of Defendant DRS Towing, LLC and John North, Esq., of Greenbaum, Rowe, Smith & Davis, LLP, attorney appearing on behalf of Wachovia Dealer Services, Inc., all parties appearing through counsel having consented to the form and entry of this Order, and for good cause appearing:

**IT IS ON THIS** 7th day of October 2010,

**ORDERED** that:

1. Within seven days of the filing of this Order, Plaintiff shall file an amended Complaint in the form agreed upon by the Parties.

2. A telephonic conference is scheduled for _November 17, 2010 at 10:30 AM. Plaintiff to initiate call._

_____
HONORABLE DOUGLAS E. ARPERT, USMJ

Consented to on October 4, 2010 by:

/s Christopher J. McGinn, Esq.
On Behalf of Plaintiff

/s Michael K. Willison, Esq.
On Behalf of Defendant DRS Towing, LLC

/s John North, Esq.
On Behalf of Defendant Wachovia Dealer Services, Inc.