**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
jnorth@greenbaumlaw.com
Attorneys for Defendant
Wells Fargo Dealer Services, Inc.,
Formerly known as Wachovia Dealer Services, Inc.
and WFS Financial, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANEE N. POLLITT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRS TOWING, LLC, d/b/a ADVANCED FINANCIAL SERVICES, WACHOVIA DEALER SERVICES, INC. d/b/a WDS, INC., WFS FINANCIAL, WFS FINANCIAL, INC., and JOHN DOES 1 to 10,<br><br>Defendants. | *Electronically Filed*<br><br>Civil Action No.<br>   10-CV-01285(AET)(DEA)<br><br><br><br>**ANSWER ON BEHALF OF DEFENDANT WELLS FARGO DEALER SERVICES, INC. TO CROSSCLAIMS OF DEFENDANT DRS TOWING, LLC, d/b/a ADVANCED FINANCIAL SERVICES** |

Defendant Wells Fargo Dealer Services, Inc., formerly known as Wachovia Dealer Services, Inc. and WFS Financial Inc. ("WDS"),[1] as and for its Answer to the Crossclaims of defendant

---

[1] Wachovia Dealer Services, Inc. is now known as Wells Fargo Dealer Services, Inc.  There is no entity named WFS Financial.

-2-

DRS Towing, LLC, d/b/a Advanced Financial Services ("DRS"), says:

### AS TO THE CROSSCLAIM FOR CONTRIBUTION

WDS denies that it is a joint tortfeasor pursuant to the New Jersey Joint Tortfeasors Act, N.J.S.A. 2A:53A-1, et seq. and the Comparative Negligence Act, N.J.S.A. 2A:15-5.1, et seq., or that it is liable to DRS for contribution.

### AS TO THE CROSSCLAIM FOR INDEMNIFICATION

WDS denies that it is liable to DRS for contractual or common law indemnification.

GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Defendant
Wells Fargo Dealer Services, Inc.

By: _____
    John D. North

Dated: November 16, 2010