UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY – TRENTON VICINAGE

| | |
|---|---|
| Shanee N. Pollitt, on behalf of herself and those similarly situated,<br><br>    Plaintiff,<br><br>            vs.<br><br>DRS Towing, LLC, d/b/a Advanced Financial Services; Wachovia Dealer Services, Inc. d/b/a WDS, Inc., WFS Financial, and WFS Financial Inc.; State Line Auto Auction; and John Does 1 to 10,<br><br>    Defendants. | ELECTRONICALLY FILED<br><br>CIVIL ACTION NO.: **3:10-cv-01285-AET-DEA**<br><br>**JOINT MOTION BY PLAINTIFF AND DEFENDANTS WACHOVIA DEALER SERVICES, INC. d/b/a WDS, INC., WFS FINANCIAL AND WFS FINANCIAL, INC. AND STATE LINE AUTO AUCTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

TO:   Michael K. Willison, Esquire,
      Counsel for Defendant DRS Towing, LLC
      Dickie, McCamey & Chilcote, P.C.

      John North, Esq.,
      Counsel for Wachovia Dealer Services, Inc. d/b/a WDS, Inc.,
      WFS Financial, and WFS Financial Inc.
      Greenbaum, Rowe, Smith & Davis, LLP

      Warren F. Sperling
      Counsel for State Line Auto Auction
      Bennett, Bricklin & Salzburg LLC

**PLEASE TAKE NOTICE** that on February 21, 2012 Plaintiff and Defendants Wachovia Dealer Services, Inc. and State Line Auto Auction("the Moving Parties") will jointly apply to the United State District Court of the District of New Jersey for the entry of an order granting preliminary approval a class action settlement, certification of the Fed.R.Civ.P. 23(b)(3) settlement class,

appointment of Settlement Class Representative and Class Counsel, and scheduling of a Fairness Hearing.

**PLEASE TAKE FURTHER NOTICE** that the parties having previously consented to the jurisdiction of the Magistrate Judge request that this matter be referred to the Honorable Douglas E. Arpert, U.S.M.J., United States Magistrate Judge for disposition;

**PLEASE TAKE FURTHER NOTICE** that the Moving Parties will rely upon the Declarations of Christopher J. McGinn Esq., and Andrew R. Wolf, Esq., the brief in support of said motion and the proposed form of Order; and

**PLEASE TAKE FURTHER NOTICE** no opposition to this motion is anticipated at this time. In the event that said opposition is filed, the Moving Parties request oral argument.

Dated: January 27, 2012   /s Christopher J. McGinn, Esq.
                         The Law Office of Christopher J. McGinn
                         75 Raritan Ave., Suite 220
                         Highland Park, NJ  08904
                         (732) 937-9400 - tel
                         (800) 931-2408 - fax
                         cjmcginn@njconsumerprotection.com